[No. 5382.   Decided April 12, 1905.]

CHRISTOPHER DEEG, *Respondent,* v. BENJAMIN ETTLESON, *Appellant.*[1]

APPEAL AND ERROR—REVIEW OF FINDINGS—CONFLICTING EVIDENCE —DEED INTENDED AS MORTGAGE. The finding of the trial court on conflicting evidence, that an absolute deed was intended as a mortgage, will not be disturbed on appeal where it is supported by direct and positive .evidence, and the supreme court is not convinced that the trial court erred.

Appeal from a judgment of the superior court for Spokane county, Belt, J., entered May 16, 1904, upon findings in favor of the plaintiff, after a trial on the merits before the court without a jury, in an action to reform a deed.   Affirmed.

1Reported in 80 Pac. 437.

16-38 WASH.

*Merritt & Merritt* and *Samuel R. Stern,* for appellant.

*Myers & Warren,* for respondent.

PER CURIAM.—This action was brought for the pur-
pose of having a certain instrument in the form of a
deed declared to be a mortgage, and also to effect its can-
cellation of record. The amended complaint alleges that,
on the 13th day of October, 1900, the plaintiff borrowed of
defendant the sum of $500, due two years from date, and
that, for the purpose of securing the payment thereof, the
plaintiff and his wife executed a mortgage to defendant
upon the land in question; that thereafter, on the 10th day
of September, 1902, the plaintiff, for the purpose of secur-
ing said $500 and other advances and loans to be made
by defendant to plaintiff, and for no other purpose, exe-
cuted to defendant an instrument in the form of a deed
for said real estate; that said instrument was not intended
by either of the parties as an absolute conveyance, but was
made solely for the purpose of security, as aforesaid;
that thereafter, between the 11th day of September, 1902,
and the 21st day of June, 1903, the defendant advanced
to and paid for plaintiff various sums, amounting in all
to about $1,300, and that all of said advances, together
with said debt of $500 and interest thereon, were fully
paid to defendant prior to November 1, 1903. The de-
fendant claims that the instrument was intended as an
absolute conveyance, and denies the making of the pay-
ments alleged by plaintiff. The trial court found that the
payments had been fully made, and that the instrument
was a mortgage. Judgment was entered authorizing the
auditor of Lincoln county to cancel the instrument of rec-
ord as fully paid and satisfied. The defendant has ap-
pealed.

There is no question involved upon this appeal except

the correctness of the court's findings. The evidence is hopelessly in conflict, but there is direct and positive evidence to sustain the findings, and, from our reading of the entire testimony, we are by no means convinced that the trial court erred.

The judgment is therefore affirmed.